

STATE OF MICHIGAN

SUPREME COURT

January 10, 2011

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee

V

GREGORY TERRY,
      Defendant-Appellant.

SC: 141983
COA: 292734
Macomb CC: 2008-001876-FC

_____

STATEMENT OF CHIEF JUSTICE YOUNG DENYING MOTION FOR
DISQUALIFICATION

YOUNG, CJ

I deny defendant's motion seeking my disqualification. Defendant's asserted basis for my recusal is predicated solely on statements made in political ads or press releases issued by the Republican Party. None of these statements were authorized by me or even known to me until they were released. I have never assented to or affirmed the assertions contained therein. Rather, I have taken an oath to support the federal and Michigan constitutions. I am and have always been committed to doing so.

There being no basis for my recusal, I deny the motion to disqualify.